**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Sarah Haden

Appellate case number:   01-19-00405-CV

Trial court case number:  2012-59856

Trial court:              311th District Court of Harris County

      Relator, Sarah Haden, has filed a petition for writ of mandamus challenging the trial court's March 22, 2019 order vacating a prior order granting a new trial. In conjunction with the petition, relator filed an emergency motion to stay the underlying proceedings pending our decision on the petition. Relator's motion to stay is **denied**.

      The Court requests that the real party in interest file a response to the petition for writ of mandamus by no later than **June 21, 2019**.

      It is so ORDERED.

Judge's signature:   /s/ Sarah B. Landau
                               Acting individually


Date:   May 31, 2019